IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> vs. ) <br> UNITED STATES CURRENCY ) <br> IN THE AMOUNT OF $9,130.00, ) <br> ET AL. ) <br> Defendant ) | Civil Case No. 05-0535-CV-W-DW |

__X__  **Decision by Court.** This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

**ORDERED**: ORDERED, ADJUDGED AND DECREED:

(1) that a partial judgment of forfeiture is hereby entered against the following properties: the 2001 GMC Yukon Denali 1500, VIN: 1GKEK63U71J272627, the 2004 Doolittle Trailer, VIN: 1DGCS30234M055671, and the United States currency in the amount of $9,130.00;

(2) that all persons claiming any right, title or interest in or to the above-listed defendant properties are held in default;

(3) that all claims and interests in the above-listed defendant properties are forever foreclosed and barred;

(4) that the above-listed defendant properties are hereby forfeited to the United States of America pursuant to 21 U.S.C. Section 881(a)(6);

(5) that the above-listed defendant properties shall be disposed of according to law;

(6) that the Clerk of the Court shall enter a judgment consistent with this order; and

(7) the stay previously ordered on January 12, 2006, is hereby lifted and the parties to the forfeiture of the 2003 Dodge Ram can continue this forfeiture proceeding with respect to that property.

| | |
|---|---|
| May 25, 2007 | Patricia Brune |
| Date | Clerk |
| | By: /s/ Y. Johnson |
| | Deputy Clerk |