**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 05-0535-CV-W-DW |
| ) | |
| **2003 DODGE RAM 2500 QUAD CAB,** ) | |
| **VIN: 3D7KU28C53G80955,** ) | |
| ) | |
| **Defendant.** ) | |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that

    Plaintiff United States of America's Motion for Summary Judgment (Doc. 39) is hereby GRANTED.

February 18, 2009          Patricia L. Brune
Date          Court Executive

         /s/ Tracy L. Diefenbach
         (by) Deputy Clerk